# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SYDNEY BUDGE,

    Plaintiff(s),

v.

ANDREW SAUL,

    Defendant(s).

Case No.: 2:19-cv-01804-RFB-NJK

**ORDER**

In light of the proof of payment, Docket No. 4, the Clerk's Office is **INSTRUCTED** to file on the docket Plaintiff's complaint (Docket No. 1-1). Plaintiff must properly serve the complaint within 90 days of the issuance of this order. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: November 18, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge