AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Sydney Budge

                   Plaintiff,

v.

Andrew Saul

                   Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-01804-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Attorneys' fees awarded in the amount of $3,030. These fees awarded under the EAJA must offset any later attorneys' fees awarded under 42 U.S.C. § 406(b), if such an award is made.

1/15/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk